IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER, *et al.* )<br>Plaintiffs-Appellees )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOUSING AND URBAN )<br>DEVELOPMENT, *et al.*, )<br>Defendants-Appellants )<br>) | No. 21-1003 |

**CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants the U.S. Department of Housing and Urban Development (HUD) and Matt Ammon, Acting Secretary of HUD,[1] hereby move to voluntarily dismiss the above-captioned appeal, with each party to bear its own costs and fees on appeal. Plaintiffs-appellees consent to this motion.

Respectfully submitted,

 /s/ Stephanie R. Marcus
Charles W. Scarborough 202-514-1927
Stephanie R. Marcus 202-514-1633
Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W. Room 7539
Washington, DC 20530-0001

---

[1] Pursuant to Fed. R. App. P. 43(c)(2), the current Acting Secretary of HUD, Matt Ammon, is automatically substituted for former Secretary Ben Carson.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E). The word processing program (Microsoft Word 2016) used to prepare the motion reports that the motion is 81 words long. The motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 with Garamond, 14 point font.

/s/ Stephanie R. Marcus<br>
Stephanie R. Marcus

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the CM/ECF system. I further certify that on February 9, 2021, I served the foregoing motion on counsel of record by electronic service via the CM/ECF system.

/s/ Stephanie R. Marcus<br>
Stephanie R. Marcus