# United States Court of Appeals
## For the First Circuit

No. 21-1003

MASSACHUSETTS FAIR HOUSING CENTER; HOUSING WORKS, INC.

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BEN CARSON, Secretary, US Department of Housing and Urban Development

Defendants - Appellants

**JUDGMENT**

Entered: February 18, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joshua M. Daniels
Stuart T. Rossman
Scott P. Lewis
Mina S. Makarious
Oren McCleary Sellstrom
Lauren A. Sampson
Annie Lee
Donald Campbell Lockhart
Charles W. Scarborough
Stephanie Robin Marcus